JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA ALVAREZ, | CV 21-08665 PA (PLAx) |
| Plaintiff, | JUDGMENT |
| v. | |
| MOLINA HEALTHCARE, INC. ET AL, | |
| Defendants. | |

Pursuant to the Court's November 23, 2021 Minute Order dismissing this action for lack of prosecution and for failure to comply with a Court order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED:  November 23, 2021

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE